1  ISMAIL J. RAMSEY (CABN 189820)
   United States Attorney
2
3
4
5
6
7
8                          UNITED STATES DISTRICT COURT
9                         NORTHERN DISTRICT OF CALIFORNIA
10                                 SAN JOSE DIVISION

11  UNITED STATES OF AMERICA,           )  CASE NO. CR 23-00158-EJD
                                        )
12          Plaintiff,                  )
                                        )  VIOLATION: 18 U.S.C. § 922(g)(1) – Felon in
13      v.                              )  Possession of Firearms and Ammunition;
                                        )  18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c) –
14  HECTOR MANUEL GUERRERO,             )  Forfeiture Allegation
                                        )
15          Defendant.                  )
                                        )
16

17                                  I N F O R M A T I O N

18  The United States Attorney charges:

19  COUNT ONE:     (18 U.S.C. § 922(g)(1) – Felon in Possession of Firearms and Ammunition)

20          On or about July 27, 2022, in the Northern District of California, the defendant,

21                                      HECTOR GUERRERO,

22  knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding

23  one year, knowingly possessed firearms and ammunition, namely: (1) one personally-manufactured

24  firearm, model PF4GV, Glock 19 style, with no serial number, and loaded with ammunition, namely: 16

25  rounds of Winchester Luger 9mm ammunition, (2) one Sig Sauer 1911 .45 semiautomatic firearm,

26  bearing serial number 54B100599, later determined to be stolen, (3) one Heckler and Koch

27  semiautomatic firearm, bearing serial number 24-093867, later determined to be unregistered, and (4) 80

28  rounds of 7.62x39 ammunition, and the firearms and ammunition were in and affecting interstate and/or

INFORMATION                                       1

foreign commerce, all in violation of Title 18, United States Code, Section 922(g)(1).

<u>FORFEITURE ALLEGATION</u>:     (18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c))

The allegations contained in the sole count of this Information are re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c).

Upon conviction of the offense set forth in this Information, the defendant,

HECTOR GUERRERO,

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), any firearm and ammunition involved in the commission of the offense, including, but not limited to, the following property:

  a. One (1) personally-manufactured firearm, model PF4GV, Glock 19 style, with no serial number, seized by SPD VSTF on or about July 27, 2022 in Salinas, California;

  b. One (1) stolen Sig Sauer 1911 .45 caliber semiautomatic firearm, bearing serial number 54B100599, seized by SPD VSTF on or about July 27, 2022 in Salinas, California;

  c. One (1) unregistered Heckler and Koch (H&K) semiautomatic 9mm firearm, bearing serial number 24-093867, seized by SPD VSTF on or about July 27, 2022 in Salinas, California; and

  d. Any and all ammunition and magazines discovered with the above firearms and seized by SPD VSTF on or about July 27, 2022 in Salinas, California, including: 16 rounds of Winchester Luger 9mm ammunition and 80 rounds of 7.62x39 ammunition.

If any of the property described above, as a result of any act or omission of the defendant:

  a. cannot be located upon exercise of due diligence;
  b. has been transferred or sold to, or deposited with, a third party;
  c. has been placed beyond the jurisdiction of the court;
  d. has been substantially diminished in value; or
  e. has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

All pursuant to Title 18, United States Code, Section 924(d), Title 28, United States Code, Section 2461(c), and Federal Rule of Criminal Procedure 32.2.

DATED: _May 31, 2023_____   ISMAIL J. RAMSEY
United States Attorney

*/s/ Anne C. Hsieh*
ANNE C. HSIEH
Assistant United States Attorney

# DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☒ INFORMATION  ☐ INDICTMENT  ☐ SUPERSEDING

Name of District Court, and/or Judge/Magistrate Location: **NORTHERN DISTRICT OF CALIFORNIA — SAN JOSE DIVISION**

## OFFENSE CHARGED

COUNT ONE: 18 U.S.C. § 922(g)(1) - Felon in Possession of a Firearm or Ammunition

☐ Petty  ☐ Minor  ☐ Misdemeanor  ☒ Felony

PENALTY: COUNT ONE - Max Penalties:
- Imprisonment: 15 yrs; Fine: $250,000; Supervised Release: 3 yrs
- Special Assessment: $100; Forfeiture

## DEFENDANT - U.S

▶ HECTOR MANUEL GUERRERO

DISTRICT COURT NUMBER: **CR 23-00158-EJD**

## PROCEEDING

Name of Complaintant Agency, or Person (& Title, if any): Federal Bureau of Investigation (FBI)

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
  ☐ U.S. ATTORNEY  ☐ DEFENSE

SHOW DOCKET NO.

☒ this prosecution relates to a pending case involving this same defendant

☒ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

MAGISTRATE CASE NO.: 5:22-mj-71263

Name and Office of Person Furnishing Information on this form: ISMAIL J. RAMSEY
☒ U.S. Attorney  ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned): ANNE C. HSIEH

## DEFENDANT

**IS NOT IN CUSTODY**
1) ☐ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶ _____
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District) _____

**IS IN CUSTODY**
4) ☒ On this charge
5) ☐ On another conviction   ☐ Federal ☐ State
6) ☐ Awaiting trial on other charges
   If answer to (6) is "Yes", show name of institution _____

Has detainer been filed?  ☐ Yes  ☐ No
If "Yes" give date filed _____

DATE OF ARREST ▶ Month/Day/Year _____

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ▶ 10/20/2022

☐ This report amends AO 257 previously submitted

## ADDITIONAL INFORMATION OR COMMENTS

PROCESS:
☐ SUMMONS  ☒ NO PROCESS*  ☐ WARRANT

Bail Amount: No Bail

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance

Defendant Address:

* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: _____  Before Judge: _____

Comments: